UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
IN RE:                                          Chapter 7

  MATTHEW JOHN MANFREDI and                    CASE NO. 10-71864
  BRENDA ANN MANFREDI,

                              Debtors.
-------------------------------X

## ORDER FOR RELIEF FROM AUTOMATIC STAY

Coming before the court on May 25, 2010 was the motion of MOREQUITY, INC., for relief from the automatic stay. After due deliberation, it is hereby

ORDERED that the automatic stay, heretofore in effect pursuant to 11 U.S.C. Section 362, is hereby vacated as to MOREQUITY, INC. its agents, assigns, and/or successors in interest, so that same may commence/continue foreclosure proceedings against the property located at <u>13 Church Lane, Aquebogue, NY 11931</u> without further application to this Court, and it is further

ORDERED that Movant shall account to the Chapter 7 Bankruptcy Trustee any surplus monies from the foreclosure sale.

Dated: Central Islip, New York
                             ,2010

                                          HON. DOROTHY EISENBERG
                                          U.S. BANKRUPTCY JUDGE

MQ-481(b)

_____

Case No. 10-71864                                    Chapter 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
================================================================

IN RE:



MATTHEW JOHN MANFREDI and
BRENDA ANN MANFREDI

                         Debtors.


================================================================

                        ORDER VACATING STAY

================================================================



**DEUTSCH & SCHNEIDER, LLP.**
Attorneys for
MOREQUITY, INC.
Office & P.O. Address, Telephone
Glendale Office
79-37 Myrtle Avenue
Glendale, New York   11385
Telephone No. (718) 417-1700